FILED ENTERED
LODGED RECEIVED

NOV 29 2023 RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [SEALED],<br><br>Plaintiff,<br><br>– Against –<br><br>[SEALED],<br><br>Defendant. | Civil Action No 2:23-cv-01837 RSM<br><br>**FALSE CLAIMS ACT COMPLAINT**<br><br>and<br><br>**JURY DEMAND**<br><br>**[FILED UNDER SEAL]** |

**FILED IN CAMERA AND UNDER SEAL UNDER**
**31 U.S.C. § 3730(b)(2)**
**DO NOT POST ON ECF**
**DO NOT PUT IN PRESS BOX**

Law Offices of Darth M. Newman LLC
1140 Thorn Run Rd, #601
Coraopolis, PA 15108
(412) 436-3443

Stephen A. Teller, WSBA #23372
Teller Law
300 Lenora St. #1471
Seattle, WA 98121
(206) 324-8969

*Counsel for Plaintiff Relator*

SEA 2-3532

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ZACHARY HOLTZMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN DOES 1-10,<br><br>Defendants. | Civil Action No 2:23-cv-01837 RSM<br><br>**FALSE CLAIMS ACT COMPLAINT**<br><br>and<br><br>**JURY DEMAND**<br><br>**[FILED UNDER SEAL]** |

COMES NOW the *Qui tam* plaintiff and Relator Zachary Holtzman, through his undersigned attorney, and hereby brings this action on behalf of the United States of America, against John Does 1-10.

The claims asserted in this Complaint are based on Defendant(s) submitting, or causing to be submitted, a materially false application for a Paycheck Protection Program ("PPP") loan and related forgiveness for a putative (but non-existent) sole proprietorship employing 297 persons. Defendants' applications included materially false statements or material omissions about the existence of the sole proprietorship, and the number of employees employed by the putative sole proprietorship. In reality, no such business existed and certainly no business employing 297 people.

The subject PPP loan application was approved on or about April 9, 2020 in the amount of $4,018,250. This loan was forgiven in the amount of $2,907,615 that would not otherwise have been paid but for the false claims described herein. The claims are based on the facts and information set forth below.



**Teller Law**
300 Lenora St. #1471
Seattle, WA 98121
(206) 324-8969 steve@stellerlaw.com

## TABLE OF CONTENTS

**NATURE OF THE CLAIM** ........ **4**

**PARTIES** ........ **4**

A. Relator – Zachary Holtzman ........ 4

B. Defendants John Does 1-10 ........ 4

**JURISDICTION AND VENUE** ........ **5**

**FACTS** ........ **6**

I. Governing Law ........ 6

A. The Federal False Claims Act ........ 6

B. The Paycheck Protection Program ........ 7

II. Violations of the False Claims Act ........ 8

A. PPP Loan Application ........ 8



Teller Law
300 Lenora St. #1471
Seattle, WA 98121
(206) 324-8969 steve@stellerlaw.com

## NATURE OF THE CLAIM

1. Relator sues Defendants to recover treble damages and civil penalties on behalf of the United States of America for Defendants' false applications for a PPP loan and forgiveness which information was submitted in whole or in part to the Small Business Administration ("SBA") by and through Sound Community Bank.

2. Defendants knew the PPP loan and forgiveness applications did not meet the established criteria set by the SBA to obtain the PPP loan or forgiveness funds.

3. Defendants engaged in the submission of false claims to the United States in violation of the False Claims Act, 31 U.S.C. § 3729 *et seq*. ("FCA").

## PARTIES

### A. Relator – Zachary Holtzman

4. Mr. Holtzman is an individual resident and domiciliary of the Commonwealth of Pennsylvania.

### B. Defendants John Does 1-10

5. The Defendant John Does are individuals or entities engaged in fraud against the United States.

6. Because their scheme involved stealing and combining the identity of a person located in Doylestown, Pennsylvania and the apparel seller Cutter & Buck, the true identity of these Defendants are presently unknown.

7. The identities of these Defendants may be discovered through the use of Court process as the money they unlawfully obtained was moved through at least one set of US-based bank accounts.



**Teller Law**
300 Lenora St. #1471
Seattle, WA 98121
(206) 324-8969 steve@stellerlaw.com

8. Should it be determined that John Doe(s) were working in concert with or with the apparent, or granted authority of their employer or other principal, said employer is a defendant herein and responsible via the doctrine of Respondeat Superior.

## JURISDICTION AND VENUE

9. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1345 because this action involves a federal question and the United States is plaintiff. This Court also has subject matter jurisdiction under 31 U.S.C. § 3732(a).

10. The Court may exercise personal jurisdiction over Defendants under 31 U.S.C. § 3732(a). The Court has personal jurisdiction over Defendants because, by virtue of the scheme described herein, they transact business within this District.

11. Venue is proper in this District under 31 U.S.C. § 3732(a) and 28 U.S.C. § 1391(b) & (c) because Defendants transact business or can be found within this District and a substantial part of the events establishing the alleged claims arose in this District.

12. No allegation in this Complaint is based on a public disclosure of allegations or transactions in a federal criminal, civil, or administrative hearing in which the Government or its agent is a party; in a congressional, administrative, or General Accountability Office, or other Government report, hearing, audit, or investigation; or from the news media. Rather, Relator is the original source. To the extent there has been such prior disclosure, Relator caused that disclosure to be made by his report to the government, and remains the original source.

13. Under 31 U.S.C. § 3730(b)(2), this Complaint was filed in camera and under seal and shall not be served on Defendants until the Court so orders.



**Teller Law**
300 Lenora St. #1471
Seattle, WA 98121
(206) 324-8969 steve@stellerlaw.com

## FACTS

### I. Governing Law

#### A. The Federal False Claims Act

14. The FCA imposes liability upon any person who "knowingly presents, or causes to be presented [to the Government] a false or fraudulent claim for payment or approval," "knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim," or conspires to do so. 31 U.S.C. § 3729(a)(1).

15. As of the date of filing, any person found to have violated these provisions is liable for a civil penalty of not less than $13,508 and not more than $27,018 for each such violation, plus three times the damage sustained by the Government.

16. The FCA imposes liability where conduct is "in reckless disregard of the truth or falsity of the information" and clarifies that "no proof of specific intent to defraud is required." 31 U.S.C. § 3729(b).

17. The FCA also broadly defines a "claim" to include "any request or demand, whether under a contract or otherwise, for money or property and whether or not the United States has title to the money or property, that - … is made to a contractor, grantee, or other recipient if the money or property is to be spent or used on the Government's behalf or to advance a Government program or interest ... " 31 U.S.C. § 3729(b)(2)(A).

18. The FCA empowers private persons having information regarding a false or fraudulent claim against the Government to sue on behalf of the Government and to share in any recovery. The complaint must be filed under seal without service on any defendant. The complaint remains under seal while the Government conducts an investigation of the allegations and determines whether to intervene. 31 U.S.C. §3730(b).



**Teller Law**
300 Lenora St. #1471
Seattle, WA 98121
(206) 324-8969 steve@stellerlaw.com

**B. The Paycheck Protection Program**

19. The Paycheck Protection Program ("PPP") is the United States Government business loan program established in 2020 through the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") to help certain businesses, self-employed workers, sole proprietors, certain nonprofit organizations, veterans' organizations, and tribal businesses to continue paying their workers. The program is implemented by the U.S. Small Business Administration ("SBA").

20. The PPP allowed qualified entities to apply for low-interest private loans to pay for their payroll and certain other operating costs. Under the PPP, the allowable amount of a PPP loan was calculated based on the borrowing entity's average monthly payroll costs multiplied by 2.5.[1]

21. The PPP loan had to be used to cover payroll costs, rent, interest, and utilities.

22. The loan may be partially or fully forgiven if the business keeps its employee counts and employee wages stable.

23. The deadline for entities to apply for a PPP loan was initially June 30, 2020, which was later extended to August 8, 2020.

24. The PPP was reopened on January 11, 2021. The Program ended on May 31, 2021.[2]

---

[1] *See* How to Calculate Maximum Loan Amounts – by Business Type, U.S. Small Business Administration, (Jun. 26, 2020) https://www.sba.gov/sites/default/files/2020-06/How-to-Calculate-Loan-Amounts-508_1.pdf (last visited September 7, 2022).

[2] *See* Paycheck Protection Program, U.S. SMALL BUSINESS ADMINISTRATION, https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program (last visited Dec. 9, 2021).



**Teller Law**
300 Lenora St. #1471
Seattle, WA 98121
(206) 324-8969 steve@stellerlaw.com

25. The PPP was added under Section 1102 of the CARES Act by amending Section 7(a) of the Small Business Act, 15 U.S.C. § 636(a) *et seq.*, which temporarily permitted the SBA to guarantee 100 percent of the PPP loans.

26. Section 1106 of the CARES Act, which also amended Section 7(a), further provides for forgiveness of up to the full principal amount of qualifying loans guaranteed under the PPP.

## II. Violations of the False Claims Act

27. Defendants violated the False Claims Act by submitting materially false applications and supporting materials in connection with an application for a PPP loan and then forgiveness of that loan. The government was harmed by any default by virtue of its guarantee.

### A. PPP Loan Application

28. The subject application for a PPP loan was approved on or about April 9, 2020.

29. In the application, Defendants falsely represented themselves as Kevin McClellan, an individual residing in Pennsylvania.

30. Defendants further falsely represented that they (or rather that Mr. McClellan) were operating a sole proprietorship that employed 297 people.

31. Defendants falsely represented the business address for the fictitious sole proprietorship as 101 Elliott Ave West Suite 100, Seattle, Washington.

32. Each of these representations was false.

33. Mr. McClellan did not submit the PPP loan or forgiveness applications at issue here.

34. Neither Mr. McClellan nor Defendants operate a sole proprietorship out of 101 Elliott Ave West Suite 100, Seattle, Washington, and neither employ 297 people.



Teller Law
300 Lenora St. #1471
Seattle, WA 98121
(206) 324-8969 steve@stellerlaw.com

35. Instead, the clothing manufacturer, Cutter and Buck occupies that address.

36. Cutter and Buck was a publicly traded company until it was sold to New Wave Group AB in April 2007. New Wave Group AB is a publicly traded company with over 2,000 employees.

37. Upon information and belief, Defendants do not own or control either Cutter and Buck or New Wave Group AB.

38. Nevertheless, Defendants received a PPP loan in the amount of $4,018,250 and forgiveness in the amount of $2,907,615.

39. To the extent that John Doe(s) are connected to any employer by virtue of employment, agency, apparent agency, or granting of the means to represent agency, said employer is responsible for the actions of said John Doe(s) under the doctrine of Respondeat Superior, as principal for said agency.

## CAUSES OF ACTION

### COUNT I

### Violations of the False Claims Act: Presenting or Causing a False Claim (31 U.S.C. § 3729(a)(1)(A))

40. The foregoing allegations are repeated and realleged as if fully set forth herein.

41. The False Claims Act, 31 U.S.C. § 3729(a)(1)(A), imposes liability upon those who knowingly present or cause to be presented false claims for payment or approval.

42. Defendants knowingly and willfully violated the False Claims Act by presenting, or causing to be presented, false claims for payment or approval.

43. Specifically, and as alleged in more detail above, Defendants presented, or caused to be presented, materially false applications for PPP loan funds and then for partial forgiveness of the resulting loan.



**Teller Law**
300 Lenora St. #1471
Seattle, WA 98121
(206) 324-8969 steve@stellerlaw.com

44. Defendants certified compliance with applicable PPP laws, rules, and regulations despite not being compliant.

45. Defendants similarly certified the existence of facts which were not true.

46. Defendants knew or should have known (as defined in 31 U.S.C. § 3801(a)(5)) that the facts and certifications to which they attested were not true and that they made, presented, or submitted, or caused to be made, false or fraudulent claims for payment to the government.

47. Each of the applications submitted or caused to be submitted by Defendants is a separate false and fraudulent claim.

48. Defendants presented or caused to be presented these claims knowing their falsity, or in deliberate ignorance or reckless disregard that such claims were false.

49. The United States was unaware of the foregoing circumstances and conduct of Defendants and, in reliance on said false and fraudulent claims, authorized payments to be made to or on behalf of Defendant, made such payments, and has been damaged.

50. Because of these false or fraudulent claims submitted or caused to be submitted by Defendants, the United States has been damaged in an amount to be determined at trial.

**COUNT II**
**Violations of the False Claims Act:**
**Making, Using, or Causing to be Used a False Record or Statement**
**(31 U.S.C. § 3729(a)(1)(B))**

51. The foregoing allegations are repeated and realleged as if fully set forth herein.

52. The False Claims Act, 31 U.S.C. § 3729(a)(1)(B), imposes liability upon those who knowingly make, use, or cause to be made or used, false records or statements material to a false or fraudulent claim.



**Teller Law**
300 Lenora St. #1471
Seattle, WA 98121
(206) 324-8969 steve@stellerlaw.com

53. Defendants knowingly and willfully violated the False Claims Act by making, using, or causing to be made or used, false records or statements material to false or fraudulent claims.

54. Specifically, for purposes of obtaining or aiding to obtain a PPP loan and then forgiveness of that loan, Defendants made or presented, or caused to be made or presented, to the United States false or fraudulent applications and/or records, knowing these materials to be false or fraudulent, or acting with reckless disregard or deliberate ignorance thereof.

55. Each application or record submitted to the Government in support of Defendants' above-described false claims is a separate false record or statement and separate violation of 31 U.S.C. § 3729(a)(1)(B).

56. The United States was unaware of the foregoing circumstances and conduct of Defendants and, in reliance on said false and fraudulent applications and/or records, authorized payments to be made to or on behalf of Defendants, made such payments, and has been damaged.

57. Because of these false or fraudulent statements submitted or caused to be submitted by Defendants, the United States paid the claims, resulting in damages to the United States in an amount to be determined at trial.

**COUNT III**
**Violations of the False Claims Act: Obligation to Repay**
**(31 U.S.C. § 3729(a)(1)(G))**

58. The foregoing allegations are repeated and realleged as if fully set forth herein.

59. The False Claims Act, 31 U.S.C. § 3729(a)(1)(G), imposes liability upon those who knowingly make, use, or cause to be made or used, false records or statements material to an obligation to pay or transmit money or property to the Government, or conceals or knowingly



**Teller Law**
300 Lenora St. #1471
Seattle, WA 98121
(206) 324-8969 steve@stellerlaw.com

and improperly avoids or decreases an obligation to pay or transmit money or property to the Government.

60. Upon receipt of improperly obtained PPP loan forgiveness funds, Defendants had an obligation to repay and refund to the Government the amounts paid by the government.

61. Defendants knowingly and willfully violated the False Claims Act by failing to so repay or refund the monies received.

62. The United States was unaware of the foregoing circumstances and conduct of Defendants.

63. Had the government been aware of Defendants' knowing false certifications and knowing failure to return overpayments it would have taken steps to recover them.

64. The United States has been damaged as a result in an amount to be determined at trial.

**WHEREFORE, Relator, on behalf of himself as well as the United States requests the following relief:**

a. A judgment against Defendants, joint and several, in an amount equal to all damages due to the Government, including treble damages, under the FCA;

b. A judgment against Defendants, joint and several, for all civil penalties due to the Government for Defendant's violations of the FCA;

c. That Relator recover from Defendants, joint and several, all costs of this action, with interest, including the cost to the Government for its expenses related to this action;

d. That Relator be awarded all reasonable attorneys' fees in bringing this action;

e. That Relator be awarded the maximum amount of the proceeds of this action as allowed under 31 U.S.C. § 3730, and/or any other applicable provision of law;

f. That a trial by jury be held on all issues so triable;

g. An award of pre- and post-judgment interest; and



**Teller Law**
300 Lenora St. #1471
Seattle, WA 98121
(206) 324-8969 steve@stellerlaw.com

h. Such other and further relief to Relator and/or the United States of America as this Court may deem just and proper.

## REQUEST FOR TRIAL BY JURY

Under Rule 38 of the Federal Rules of Civil Procedure, Relator hereby requests a trial by jury.

Dated: November 28, 2023

By: /s/

Darth M. Newman

*(pro hac vice application forthcoming)*
Law Offices of Darth M. Newman LLC
1140 Thorn Run Rd, # 601
Coraopolis, PA 15108
Telephone: 412-436-3443
Email: darth@dnewmanlaw.com

Stephen A. Teller, WSBA #23372
Local Counsel for Plaintiff
300 Lenora St. #1471
Seattle, WA 98121
Telephone: 206 324 8969
Email: steve@stellerlaw.com

*Counsel for Plaintiff Relator*