UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ZACHARY HOLTZMAN,<br>Plaintiff,<br>v.<br>NEW WAVE GROUP, *et al.*,<br>Defendants. | CASE NO. 2:23-cv-01837-RSM<br>ORDER |

The United States, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), having intervened in part for the purpose of settlement in this action, and having requested that the Court lift the seal in this case; it is hereby:

ORDERED that the seal shall be lifted on all matters in this action; and it is further

ORDERED that the Clerk of the Court shall provide an executed copy of this Order to counsel for the Government and counsel for the Relator.

DATED this 22nd day of July, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE