The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ZACHARY HOLTZMAN,<br>Plaintiff,<br>v.<br>NEW WAVE GROUP, *et al.*,<br>Defendants. | CASE NO. 2:23-cv-01837-RSM<br>**JOINT STATUS REPORT** |

Pursuant to the Court's Minute Order issued on September 16, 2026, and the United States' *ex parte* Notice of Intervention-In-Part for purposes of effectuating settlement (Dkt. No. 22), the United States of America and Relator Zachary Holtzman respectfully submit the following Joint Status Report.

1. Pursuant to the terms and conditions of the Settlement Agreement, Defendants and New Wave Group AB shall make their payment on or before November 12, 2026.
2. After receiving Defendants' payment, but no later than November 20, 2026, Relator and the United States shall file a Stipulated Motion to Dismiss this matter.
3. If no payment has been received by November 20, 2026, the parties shall provide a Joint Status Report to the Court, including any potential need for further proceedings.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 22nd day of September, 2026.

Respectfully submitted,

*s/ Matt Waldrop*
MATT WALDROP, GA No. 349571
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-0882
Email: james.waldrop@usdoj.gov

*Attorneys for the United States of America*

I certify that this memorandum contains 126 words, in compliance with the Local Civil Rules.

*s/ Darth M. Newman*
Darth M. Newman
Law Offices of Darth M. Newman LLC
1140 Thorn Run Road, # 601
Coraopolis, Pennsylvania 15108
Phone: 412-436-3443
Email: darth@dnewmanlaw.com

Stephen A. Teller, WA No. 23372
Teller Law
300 Lenora Street, #1471
Seattle, Washington 98121
Phone: 206-324-8969
Email: steve@stellerlaw.com

*Attorneys for the Relator*